UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Mary E. Cortez** | ) | |
| 6205 Martin's Lane | ) | |
| Lanham, MD 20706-1119 | ) | |
| Plaintiff, | ) | No. |
| v. | ) | |
| | ) | Jury Requested |
| **Charles F. Conner,** | ) | |
| **Acting Secretary of Agriculture** | ) | |
| 1400 Independence Ave., S.W. | ) | |
| Washington, D.C. 20250 | ) | |

## COMPLAINT

1. This is a civil action alleging discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII) as amended, 42 U.S.C. Section 2000(e), the Equal Pay Act, the Age Discrimination in Employment Act (ADEA), and the Rehabilitation Act of 1973 enforcing the Americans with Disabilities Act.

2. The Plaintiff is a female (DOB 10/20/43) who as a GS-343-14 Program Analyst at the U.S. Department of Agriculture has suffered harassment and a hostile work environment until her involuntary separation there from as a non-probationary federal employee on June 4, 2007.

3. The Plaintiff has a property and liberty interest in her non-probationary federal employment that is protected by 5th amendment guarantees of due process.

4. But for her sex (female), age (64) and migraine and sinus headache condition, she would not have: (a) suffered disparate treatment from how males, those younger than forty, and those without her medical condition are treated, (b) been denied reasonable accommodation within the meaning of the Rehabilitation Act of 1973 and the Americans with Disabilities Act, and (c) suffered constructive termination of her employment by being denied access to meetings and computer data bases essential for successful completion of her duties.

5. But for her sex (female), age (64), migraine and sinus headache condition, and reprisal for her consolidated Agency and EEOC complaints CRSD-CF-2006-000572X and EEOC Case 570-2006-00572X, the plaintiff would not have been involuntarily separated by her agency from federal employment on June 4, 2007.

6. Under 5 U.S.C. Section 7201 (1994), it is the "policy of the United States to insure equal employment opportunities without discrimination because of … sex and the President shall utilize his existing authority to effectuate this policy."

7. Pursuant to the mandate of 5 U.S.C. 7201, Executive Orders 11206 and 11478 were issued to prohibit discrimination in the federal work force.

8. Section 717 of the Equal Employment Opportunity Act of 1972 provides that "all personnel actions [relating to covered federal employees] shall be free from discrimination."

9. The plaintiff has exhausted her administrative remedies herein since more than 180 days have passed since she initiated EEO filings at both the agency and the Equal Employment Opportunity Commission (EEOC).

10. The United States District Court for the District of Columbia has jurisdiction under 28 U.S.C. Section 1331 since the plaintiff is a non-probationary competitive service federal employee who has lost her

federal employment at the Washington, D.C. headquarters of the United States Department of Agriculture.

11. Venue is proper in the District of Columbia judicial district pursuant to 28 U.S.C. Section 1391, 15 U.S.C. Section 78aa and 77v, and U.S.C. 7 U.S.C. Section 25(c).

12. The plaintiff requests back pay and benefits from June 4, 2007.  She requests reinstatement of her federal employment to enable the receipt of benefits for health, long-term, and life insurance.  The sixty-four year old plaintiff seeks an early retirement annuity of 80% of GS-14 step 10 pay without vicinity adjustment.  The plaintiff has suffered and continues to suffer from migraine and sinus headaches and depression from imposed work stress and forced federal employment separation and therefore requests compensatory damages in accordance with proof at trial. The plaintiff requests restoration of sick and annual leave associated from her medical complications in FY 2005 and thereafter. The plaintiff requests compensation for improperly imposed AWOL workforce discipline including the wrongful docking of her employment hours to meet with her attorneys and union leaders concerning her pending EEO cases.  The plaintiff requests reasonable accommodation for her migraine and sinusitis conditions.  She requests an annual performance rating of "outstanding" for years FY 2005, 2006 and 2007.  The plaintiff requests the cancellation of her leave restrictions and the striking of any other adverse and otherwise improper documents in her official personnel file (OPF) and EEO complaint files.  She requests reasonable attorney fees.  The plaintiff requests pecuniary damages upon proof at trial.

WHEREFORE, the Plaintiff seeks damages in such amount as is fair and reasonable, for the costs herein occurred and for such other relief as the Court deems just and proper.

                                Respectfully submitted,

*/s/ David B. Nolan*

David B. Nolan, Esq.

| | |
|---|---|
| December 27, 2007 | Attorney for Plaintiff |
| | D.C. Bar #379804 |
| | 8310 Wagon Wheel Road |
| | Alexandria, Virginia 22309 |
| | (o) 703-780-1864 |
| | (FX) 703-780-1434 |
| | DBNESQ1@aol.com |

H
07-2327
JR

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS** Mary E. Cortez

**DEFENDANTS** Charles F. Conner, Acting Secretary
USDA
1400 Independence Ave, SW
Wash. DC 20250

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Prince George's Co., MD

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of   703-780-1864
David B. Nolan, 8310 Wagon Wheel R
Alexandria VA 22309-2175

Case: 1:07-cv-02327
Assigned To : Robertson, James
Assign. Date : 12/27/2007
Description: Employ. Discrim.

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil* |
|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

③

|  ☐ G. Habeas Corpus/ 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. Employment Discrimination<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ I. FOIA/PRIVACY ACT<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. Student Loan<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. Labor/ERISA (non-employment)<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. Other Civil Rights (non-employment)<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. Contract<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. Three-Judge Court<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 U.S.C. 2000(e)

VII. REQUESTED IN COMPLAINT  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

VIII. RELATED CASE(S) IF ANY  (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

DATE 12/27/07  SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.