IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY CORTEZ )<br>6205 Martin's Lane )<br>Lanham, Maryland 20706-1119 )<br>          Plaintiff, )<br>)<br>     v. )<br>)<br>CHARLES CONNER, Acting Secretary )<br>of Agriculture )<br>1400 Independence Avenue, N.W. )<br>Washington, D.C. 20250 )<br>)<br>          Defendant. )<br>) | Civil Action No. 07-2327 (JR) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record in the above-captioned case.

Respectfully submitted,

  /s/
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W,
Room E4106
Washington, D.C. 20530
Phone: (202) 514-7224

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

David E. Nolan, Esquire
8310 Wagon Wheel Road
Alexandria, Virginia 22309-2175

on this 18th, day of January, 2008.

                                                           /s/
                                            WYNEVA JOHNSON
                                            Assistant United States Attorney
                                            555 4th Street, N.W,
                                            Room E4106
                                            Washington, D.C.  20530
                                            Phone: (202) 514-7224