UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. CORTEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   07-2327(JR) |
| CHARLES F. CONNER, ) | |
| Acting Secretary of ) | |
| U.S. Department of Agriculture ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court to enlarge the time within which to answer or respond to plaintiff's complaint, to and including March 26, 2008.  Plaintiff's counsel does not oppose this motion..

The additional time is needed so that counsel can complete the discussions with agency counsel and obtain the necessary information to prepare an answer or  response.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that the time to answer or respond to plaintiff's complaint be enlarged to and including March 26,  2008.

Respectfully submitted,

_____  _____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224
Attorneys for Defendant

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. CORTEZ )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>CHARLES F. CONNER, )<br>Acting Secretary of )<br>U.S. Department of Agriculture )<br>)<br>)<br>)<br>     Defendant. )<br>_____ ) | Civil Action No.   07-2327(JR) |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it is this ___ day of _____ 2008.

ORDERED, that Defendant's Motion should be, and it hereby is, granted, and that defendant may answer or respond to plaintiff's complaint up to and including March 26, 2008.

_____
UNITED STATES DISTRICT JUDGE

**Attorney for Defendant:**
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

**Attorney for Plaintiff:**
David B. Nolan
8310 Wagon Wheel Road
Alexandria, VA 22309-2175