**FILED**

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY E. CORTEZ )
            )
     Plaintiff, )
            )
      v. )    Civil Action No.   07-2327(JR)
CHARLES F. CONNER, )
Acting Secretary of )
U.S. Department of Agriculture )
            )
            )
            )
     Defendant. )
_____ )

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it is this 22nd day of _Feb_____ 2008.

ORDERED, that Defendant's Motion should be, and it hereby is, granted, and that defendant may answer or respond to plaintiff's complaint up to and including March 26, 2008.

_____
JAMES ROBERTSON
United States District Judge

**Attorney for Defendant:**
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

**Attorney for Plaintiff:**
David B. Nolan
8310 Wagon Wheel Road
Alexandria, VA 22309-2175