UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. CORTEZ )<br>)<br>Plaintiff, )<br>)<br>v. )<br>EDWARD T. SCHAFER )<br>Secretary, United States )<br>Department of of Agriculture[1] )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-2327 (JR) |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Edward T. Schafer, Secretary, United States Department of Agriculture ("Defendant"), by and through undersigned counsel, hereby answers plaintiff's complaint as follows:

### FIRST DEFENSE

Plaintiff has failed to state a claim over which relief can be granted.

### SECOND DEFENSE

Defendant answers the numbered and unnumbered paragraphs of the Complaint as follows:

1.	Paragraph one contains plaintiff's characterization of this action to which no answer is required.

2.	Defendant admits that plaintiff is a female and that her date of birth is October 20, 1943. Defendant further admits that plaintiff was employed as a GS-343-14 Program Analyst at the U.S. Department of Agriculture at the time of her separation from the agency. Defendant

---

[1] Edward T. Schafer is being substituted as defendant pursuant to FRCP 25(d).

denies the remaining allegations contained in paragraph two.

    3.    Paragraph three contains a conclusion of law to which no answer is required.

    4-5.    Denied.

    6-9.    Admitted.

    10.    Paragraph ten contains a statement of jurisdiction to which to answer is required.

    11.    Admitted.

    12.    Paragraph twelve and the unnumbered paragraph beginning with "Wherefore" contain plaintiff's prayer for relief to which no answer is required, but insofar as an answer is deemed necessary, defendant denies that plaintiff is entitled to the relief requested, or to any relief whatsoever. Any relief would be limited by 42 U.S.C. § 2000e-5(g)(2)(B).

Defendant hereby specifically denies each and every allegation contained in plaintiff's complaint not hereinbefore otherwise answered.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice, and that defendant be awarded costs and such other relief as this Court deems appropriate.

                Respectfully Submitted,


                  /s/  
                JEFFREY A. TAYLOR, D.C. BAR # 498610  
                United States Attorney


                  /s/  
                RUDOLPH CONTRERAS, D.C. BAR #434122  
                Assistant United States Attorney


                  /s/  
                WYNEVA JOHNSON, D.C. BAR # 278515  
                Assistant United States Attorney  
                555 4th Street, N.W., E-4106  
                Washington, D.C.  20530  
                (202) 514-7224


OF COUNSEL:

STEVEN BRAMMER  
United States Department of Agriculture  
Office of the General Counsel  
Civil Rights Division