**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY E. CORTEZ,                          )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )
                                         )    C.A. No. 07-2327 (JR)
CHARLES F. CONNOR,                       )
Acting Secretary of Agriculture,  )
                                         )
        Defendant.                       )
_____ )

**NOTICE OF APPEARANCE**

Please enter the appearance of attorney Joseph D. Gebhardt,

D.C. Bar No. 113894, as counsel for the Plaintiff in the

above-captioned case.

                          Respectfully submitted,


                          _____/s/_____
                          JOSEPH D. GEBHARDT
                          (D.C. Bar No. 113894)
                          VALENCIA R. RAINEY
                          (D.C. Bar No. 435254)
                          GEBHARDT & ASSOCIATES, LLP
                          1101 17th Street, N.W.
                          Suite 807
                          Washington, DC 20036-4716
                          (202) 496-0400

March 27, 2008           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance for the Plaintiff was served this 27th day of March, 2008, via facsimile and electronic filing with the Court, upon counsel for Defendant as follows:

Wyneva Johnson, Esq.
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room E4106
Washington, DC 20530
Fax: 202-514-8780

_____/s/_____
JOSEPH D. GEBHARDT