UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY E. CORTEZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) |
| | ) C.A. No. 07-2327 (JR) |
| CHARLES F. CONNOR, | ) |
| Acting Secretary of Agriculture, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of attorney Valencia R. Rainey, D.C. Bar No. 435254, as counsel for the Plaintiff in the above-captioned case.

                                  Respectfully submitted,

                                  /s/
                              JOSEPH D. GEBHARDT
                              (D.C. Bar No. 113894)
                              VALENCIA R. RAINEY
                              (D.C. Bar No. 435254)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

March 27, 2008                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance for the Plaintiff was served this 27th day of March, 2008, via facsimile and electronic filing with the Court, upon counsel for Defendant as follows:

>Wyneva Johnson, Esq.
>Assistant United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W.
>Room E4106
>Washington, DC 20530
>Fax: 202-514-8780

>_____/s/_____
>VALENCIA R. RAINEY