UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY E. CORTEZ,                        )
                                           )
    Plaintiff,                          )
                                           )
  v.                                     )
                                           )     C.A. No. 07-2327 (JR)
ED SCHAFER,                            )
Acting Secretary of Agriculture,       )
                                           )
    Defendant.                         )
_____ )

**NOTICE OF APPEARANCE**

    TO THE HONORABLE JUDGES OF SAID COURT:

    PLEASE TAKE NOTICE of the entry of Clarissa H. Wu (D.C. Bar #975443) of the firm GEBHARDT & ASSOCIATES, LLP as an additional attorney for the Plaintiff in the above-captioned matter.

                                         Respectfully submitted,

                                           /s/
                                JOSEPH D. GEBHARDT
                                  (D.C. Bar No. 113894)
                                VALENCIA R. RAINEY
                                  (D.C. Bar No. 435254)
                                CLARISSA H. WU
                                  (D.C. Bar No. 975443)
                                GEBHARDT & ASSOCIATES, LLP
                                1101 17th Street, N.W.
                                Suite 807
                                Washington, DC 20036-4716
                                Tel: (202) 496-0400
                                Fax: (202) 496-0404

July 1, 2008                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 1st day of July, 2008, via electronic filing through the Court, upon counsel for Defendant as follows:

>Wyneva Johnson
>Assistant United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W.
>Room E-4106
>Washington, DC 20530
>Fax: 202-514-8780

_____/s/_____
CLARISSA H. WU
