UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY E. CORTEZ,                         )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )
                                        )   C.A. No. 07-2327 (JR)
ED SCHAFER,                             )
Acting Secretary of Agriculture,        )
                                        )
        Defendant.                      )
_____)

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Clarissa H. Wu (D.C. Bar #975443) as an attorney for the Plaintiff in the above-captioned matter. (Plaintiff will continue to be represented by Valencia R. Rainey and Joseph D. Gebhardt.)

                                Respectfully submitted,


                                _____/s/_____
                                CLARISSA H. WU
                                    (D.C. Bar No. 975443)
                                JOSEPH D. GEBHARDT
                                    (D.C. Bar No. 113894)
                                VALENCIA R. RAINEY
                                    (D.C. Bar No. 435254)
                                GEBHARDT & ASSOCIATES, LLP
                                1101 17th Street, N.W.
                                Suite 807
                                Washington, DC 20036-4716
                                (202) 496-0400

July 18, 2008                   Attorneys for Plaintiff